UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALAN B. HOFFER,<br><br>     Plaintiff,<br><br>     v.<br><br>SALLIE MAE, INC., et al.,<br><br>     Defendant. | CASE NO. C13-1590-RSL<br><br>REPORT AND RECOMMENDATION |

Plaintiff filed a motion to proceed *in forma pauperis* (IFP) in this civil matter. (Dkt. 1.) However, his application reveals he has some $5,200.00 at his disposal. As such, plaintiff does not financially qualify for IFP status. The Court, therefore, recommends the IFP application be DENIED. This action should proceed only if plaintiff pays the filing fee within **thirty (30) days** after entry of the Court's Order adopting this Report and Recommendation. If no filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

DATED this 16th day of September, 2013.

Mary Alice Theiler
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -1