1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

ALAN B. HOFFER,

              Plaintiff,

    vs.

SALLIE MAE, INC., et al.,

              Defendants.

NO.  C13-1590RSL

ORDER DENYING REPORT AND
RECOMMENDATION AS MOOT

15

16

17

18

      On September 16, 2013, United States Magistrate Judge Mary Alice Theiler issued a
Report and Recommendation recommending denial of IFP and dismissal if the filing fee was not
paid within 30 days of the date of the order.  The filing fee in this matter was paid on September
17, 2013, therefore;

19

20

      IT IS ORDERED that the Report and Recommendation is DENIED as moot.

21

22

      Dated this 19th day of September, 2013.

23

24

25

*MrS Lasnik*

Robert S.  Lasnik
United States District Judge

26

27

28

ORDER DENYING REPORT AND
RECOMMENDATION AS MOOT -1